```
 1 │ Stephen G. Contopulos (SBN 050317)
   │ Rollin A. Ransom (SBN 196126)
 2 │ SIDLEY & AUSTIN
   │ 555 West Fifth Street, Suite 4000
 3 │ Los Angeles, California 90013-1010
   │ Telephone:  213-896-6000
 4 │ Facsimile:  213-896-6600
   │
 5 │ Attorneys for Defendants
   │ HARPERCOLLINS PUBLISHERS, INC.,
 6 │ JOHN SHANAHAN, and SHANAHAN
   │ PUBLISHING, INC.
 7 │
```

FILED
CLERK, U.S. DISTRICT COURT
MAR 19 2001
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
MAR 20 2001
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ✓
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEIGH BRILLIANT,<br><br>        Plaintiff,<br><br>   vs.<br><br>HARPERCOLLINS PUBLISHERS, INC.,<br>JOHN SHANAHAN, and SHANAHAN<br>PUBLISHERS, INC.,<br><br>        Defendants. | Case No.: 00-03812 GAF (AJWx)<br><br>[~~Proposed~~] JUDGMENT<br><br>Date:       March 12, 2001<br>Time:       9:30 a.m.<br>Judge:      Hon. Gary A. Feess<br>Courtroom:  740 |

MAR 20 2001

✓ Docketed
✓ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

(28)

The motion of defendants HarperCollins Publishers, Inc., John Shanahan, and Shanahan Publishing, Inc. (collectively, "defendants") for summary judgment came on regularly for hearing before this Court on March 12, 2001.

After considering the moving and opposition papers, arguments of counsel, and all other matters presented to the Court,

IT IS HEREBY ORDERED THAT the motion is granted in its entirety, that the action is dismissed on the merits, and that defendants shall recover their costs.

Dated: March 19, 2001

[signature]
United States District Judge

Submitted by:

SIDLEY & AUSTIN
Stephen G. Contopulos
Rollin A. Ransom

By: [signature]
  Stephen G. Contopulos
  Attorneys for Defendants
  HARPERCOLLINS PUBLISHERS, INC.,
  JOHN SHANAHAN, and SHANAHAN
  PUBLISHING, INC.